```
Clark J. Burnham, CASBN 041792
cburnham@burnhambrown.com
Steven J. Kahn, CASBN 234104
skahn@burnhambrown.com
BURNHAM BROWN
P.O. Box 119
Oakland, CA 94604-0119
Telephone: 510-444-6800
Fax: 510-835-6666
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMAR WILLIAMS,

    Plaintiff,

vs.

LINCOLN GENERAL INSURANCE COMPANY, et al.,

    Defendant.

No. C08-01955 JL

CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT.

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party hereby consents to have United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated: 4/18/08

Signature: Steven J. Kahn

Counsel for Lincoln General Insurance Company

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____

Signature _____

Counsel for _____