FILED
MAY 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR WILLIAMS<br><br>Plaintiff(s),<br><br>v.<br><br>LINCOLN GENERAL INSUANCE COMPANY AND DOES 1 through 20, INCLUSIVE<br><br>Defendant(s). | No. C 08-01955 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5-13-08

Signature: _[signature]_
Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

| | |
|---|---|
| CASE NAME: | WILLIAMS v. LINCOLN GENERAL |
| ACTION NO.: | C 08-01955 JL |

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 610 – 16TH St., Ste. 421, Oakland, CA 94612. I am employed in the County of Alameda where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

_____ (BY PERSONAL DELIVERY) by personally delivering true copies to said person.

_____ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

✓ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be place in the United States mail at Oakland, California.

Steven J. Kahn, Esq.
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612-3501

✓ (FEDERAL) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 4, 2008 at Oakland, California.

*[signature]*
John T. Bell

PROOF OF SERVICE
CASE NO. C 08-01955 JL