1  Clark J. Burnham, State Bar No. 041792
   Email: cburnham@burnhambrown.com
2  Jane Aceituno, State Bar No. 240486
   jaceituno@burnhambrown.com
3  BURNHAM BROWN
   A Professional Law Corporation
4  P.O. Box 119
   Oakland, California 94604
5  ---
   1901 Harrison Street, 11th Floor
6  Oakland, California 94612
   Telephone:   (510) 444-6800
7  Facsimile:   (510) 835-6666

8  Attorneys for Defendant
   LINCOLN GENERAL INSURANCE COMPANY,
9  a Pennsylvania corporation

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12 JAMAR WILLIAMS,                          Case No. C 08-01955JSW

13           Plaintiff,                    STIPULATION AND REQUEST TO
                                           CONTINUE THE CASE
14    v.                                   MANAGEMENT CONFERENCE;
                                           [PROPOSED] ORDER
15 LINCOLN GENERAL INSURANCE
   COMPANY AND DOES 1 through 20,          First Am. Compl. Filed: March 24, 2008
16 INCLUSIVE,

17           Defendant.

18

19      Plaintiff JAMAR WILLIAMS ("Plaintiff") and Defendant LINCOLN GENERAL

20 INSURANCE COMPANY ("Defendant"), by and through their counsel of record, hereby

21 request and stipulate to a continuance of the case management conference currently set for July

22 25, 2008. This request and stipulation are based on the following grounds:

23      1.   On or about May 29, 2008, Plaintiff and Defendant negotiated a full and final

24           settlement of all claims between them;

25      2.   The parties will not have a dismissal with prejudice filed with the court until after

26           the date of the case management conference.

27      Thus, to allow settlement to be finalized to a dismissal without interruption, the parties

28

1

STIPULATION AND REQUEST TO CONTINUE THE CASE MANAGEMENT          No. C 08-01955JSW
CONFERENCE; [PROPOSED] ORDER

jointly request that the case management conference currently set for July 25, 2008 be continued to August 29, 2008.

IT IS SO STIPULATED.

Dated: July 9, 2008                THE LAW OFFICES OF JOHN T. BELL

By _____
JOHN T. BELL, ESQ.
Attorneys for Plaintiff
JAMAR WILLIAMS

DATED: July 15, 2008               BURNHAM BROWN

By _____
CLARK J. BURNHAM
Attorneys for Defendant
LINCOLN GENERAL
INSURANCE COMPANY.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____            _____
UNITED STATES DISTRICT COURT
JUDGE JEFFREY S. WHITE

873120