```
 1  Clark J. Burnham, State Bar No. 041792
    Email: cburnham@burnhambrown.com
 2  Jane Aceituno, State Bar No. 240486
    jaceituno@burnhambrown.com
 3  BURNHAM BROWN
    A Professional Law Corporation
 4  P.O. Box 119
    Oakland, California 94604
 5  ---
    1901 Harrison Street, 11th Floor
 6  Oakland, California 94612
    Telephone:   (510) 444-6800
 7  Facsimile:   (510) 835-6666

 8  Attorneys for Defendant
    LINCOLN GENERAL INSURANCE COMPANY,
 9  a Pennsylvania corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR WILLIAMS,<br><br>      Plaintiff,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY AND DOES 1 through 20, INCLUSIVE,<br><br>      Defendant. | Case No. C 08-01955JSW<br><br>**STIPULATION AND REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>First Am. Compl. Filed: March 24, 2008 |

Plaintiff JAMAR WILLIAMS ("Plaintiff") and Defendant LINCOLN GENERAL INSURANCE COMPANY ("Defendant"), by and through their counsel of record, hereby request and stipulate to a continuance of the case management conference currently set for July 25, 2008. This request and stipulation are based on the following grounds:

1. On or about May 29, 2008, Plaintiff and Defendant negotiated a full and final settlement of all claims between them;

2. The parties will not have a dismissal with prejudice filed with the court until after the date of the case management conference.

Thus, to allow settlement to be finalized to a dismissal without interruption, the parties

---

1

STIPULATION AND REQUEST TO CONTINUE THE CASE MANAGEMENT    No. C 08-01955JSW
CONFERENCE; [PROPOSED] ORDER

jointly request that the case management conference currently set for July 25, 2008 be continued to August 29, 2008.

IT IS SO STIPULATED.

Dated: July 9, 2008

THE LAW OFFICES OF JOHN T. BELL

By _____
JOHN T. BELL, ESQ.
Attorneys for Plaintiff
JAMAR WILLIAMS

DATED: July 15, 2008

BURNHAM BROWN

By _____
CLARK J. BURNHAM
Attorneys for Defendant
LINCOLN GENERAL
INSURANCE COMPANY.

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: July 15, 2008

_____
UNITED STATES DISTRICT COURT
JUDGE JEFFREY S. WHITE

873120