Clark J. Burnham, State Bar No. 041792
Email: cburnham@burnhambrown.com
Jane Aceituno, State Bar No. 240486
jaceituno@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:  (510) 444-6800
Facsimile:  (510) 835-6666

Attorneys for Defendant
LINCOLN GENERAL INSURANCE COMPANY,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY AND DOES 1 through 20, INCLUSIVE,<br><br>    Defendant. | Case No. C 08-01955JSW<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AND ORDER**<br>**[FRCP Rule 41(a)(1) and (2)]**<br><br>First Am. Compl. Filed: March 24, 2008 |

Plaintiff JAMAR WILLIAMS ("Plaintiff") and Defendant LINCOLN GENERAL INSURANCE COMPANY ("Defendant"), by and through their counsel of record, hereby stipulate that:

1. On or about May 29, 2008, Plaintiff and Defendant negotiated a full and final settlement of all claims between them;

2. On or about July 25, 2008, Plaintiff entered into a fully executed Full Release And Satisfaction Of All Claims And Demands memorializing the settlement; and

3. In accordance with Rule 41(a)(1) and (2), Plaintiff and Defendant respectfully request that the court dismiss Plaintiffs' complaint with prejudice pursuant to the

| | |
|---|---|
| 1 | terms of the agreement between them. |
| 2 | IT IS SO STIPULATED. |

Dated: ~~July~~ August 4, 2008        THE LAW OFFICES OF JOHN T. BELL

By _/s/ John T. Bell_
JOHN T. BELL, ESQ.
Attorneys for Plaintiff
JAMAR WILLIAMS

DATED: ~~July~~ AUGUST 11, 2008        BURNHAM BROWN

By _/s/ Clark J. Burnham_
CLARK J. BURNHAM
Attorneys for Defendant
LINCOLN GENERAL
INSURANCE COMPANY.

## ORDER

In accordance with Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, Plaintiff's Complaint filed herein is hereby dismissed with prejudice.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
UNITED STATES DISTRICT COURT
JUDGE JEFFREY S. WHITE

873089

---

2
STIPULATION TO DISMISS ACTION WITH PREJUDICE AND ORDER                No. C 08-01955JSW