Clark J. Burnham, State Bar No. 041792
Email: cburnham@burnhambrown.com
Jane Aceituno, State Bar No. 240486
jaceituno@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Defendant
LINCOLN GENERAL INSURANCE COMPANY,
a Pennsylvania corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR WILLIAMS,<br><br>  Plaintiff,<br><br>v.<br><br>LINCOLN GENERAL INSURANCE COMPANY AND DOES 1 through 20, INCLUSIVE,<br><br>  Defendant. | Case No. C 08-01955JSW<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP Rule 41(a)(1) and (2)]**<br><br>First Am. Compl. Filed: March 24, 2008 |

Pursuant to the stipulation of the parties filed herewith, , and in accordance with Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, Plaintiffs' Complaint filed herein is hereby dismissed with prejudice.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
                                          JUDGE JEFFREY S. WHITE

879328